# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| JULIE DALTON, individually and on behalf of all others similarly situated, | Case No. 24-CV-2449 (NEB/ECW) |
| Plaintiff, | ORDER FOR DISMISSAL |
| v. | |
| JOCKEY INTERNATIONAL, INC., | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on November 19, 2024 (ECF No. 17), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and without costs or fees to either party.

Dated: November 19, 2024

BY THE COURT:
s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge